IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | CHAPTER 7 |
| BE BETTER ADVERTISING, LLC | ) | CASE NO. 18-01040 |
| | ) | JUDGE WALKER |
| DEBTOR | ) | |
| | ) | |

THE DEADLIND FOR FILING A TIMELY RESPONSE IS: May 10, 2018
UPON A TIMLEY RESPONSE, THE HEARING WILL BE SET FOR: May 15, 2018 at 9:00 am.
Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, TN 37203.

## NOTICE OF MOTION OF TRUSTEE TO SELL

The Trustee, T. Larry Edmondson, has filed a motion (attached) asking the Court for the following relief: To sell property.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the Court to grant the attached Motion, or if you want the Court to consider your views on the Motion, then on or before May 10, 2018, you or your attorney must:

1. File with the Court your written response or objection explaining your position at:

    By Mail: U.S. Bankruptcy Court
    P.O. Box 24890
    Nashville, TN 37202-489090

    In Person: U.S. Bankruptcy Court (Monday – Friday, 8:00 a.m. – 4:00 p.m.)
    701 Broadway, 1st Floor
    Nashville, TN 37203

2. **Your response must state the deadline for filing responses May 10, 2018, the date of the scheduled hearing is May 15, 2018, and the Motion to which your are responding is Motion of Trustee to Sell Personal Property.** If you want a file stamped copy returned, you must include an extra copy and a self – addressed, stamped envelope.

3. You must also mail a copy of your response to:

    T. Larry Edmondson, Trustee
    800 Broadway, 3rd Floor

Nashville, TN 37203

*and*

U.S. Trustee
701 Broadway, Suite 318
Nashville, TN 37203

If a timely response is filed, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's office at (615)736-5584 or viewing the cases on the Court's website at www.Tnmb.uscourts.gov. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order Granting that Relief.

If you do not object, Movant will submit the attached proposed Order as the Order to be signed and entered in this case.

Dated:   April 19, 2018

By:   */s/ T. Larry Edmondson*
T. LARRY EDMONDSON
*Chapter 7 Trustee*
800 Broadway, 3rd Floor
Nashville TN 37203
Ph: (615) 254-3765
Fax: (615) 254-2072
larryedmondson@live.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| BE BETTER ADVERTISING, LLC ) | CASE NO. 18-01040 |
| ) | JUDGE WALKER |
| DEBTOR ) | |
| ) | |

## TRUSTEE'S MOTION TO SELL

Unless an objection and application for hearing is filed with the United States Bankruptcy Court Clerk, First Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203, with a copy served to the United States Trustee's Office, 318 Customs House, 701 Broadway, Nashville, Tennessee 37203; and a copy to the Chapter 7 Trustee within 21 days of this motion, the Trustee shall proceed to sell the property as proposed

**DESCRIPTION OF PROPERTY:** 24 Workstations with 15 chairs, Breakroom Furniture, Conference Room Table with 10 chairs, 4 Desks, 7 Chairs, 2 Bookcases, and Table and Chairs, with a petition value of $6050.00, plus an Assignment of lease at zero value

**TERMS OF SALE:** Private sale to DCI for the cash amount of $5500.00.

PROPERTY IS FREE AND CLEAR OF ALL LIENS, PURSUANT TO SECTION 363. ANY VALID AND PROPER LIENS WILL ATTACH TO PROCEEDS OF THE SALE. TRUSTEE WILL CONVEY BY VALID BANKRUPTCY TRUSTEE'S DEED, OR APPROPRIATE INSTRUMENT, RIGHT, TITLE AND INTEREST THAT TRUSTEE HAS THE RIGHT TO CONVEY. PROCEEDS OF THE SALE WILL BE SUBJECT TO TRUSTEE FEES AND EXPENSES.ANY CURRENT OR PRE-PETITION EXEMPTIONS AND LIENHOLDERS AS FOLLOWS: NONE

Respectfully submitted,
*s/ T. Larry Edmondson*
T. LARRY EDMONSON, No. 5601
800 Broadway, 3rd Floor
Nashville, Tennessee 37203
Phone: 615-254-3765
Fax: 615-254-2072

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| BE BETTER ADVERTISING, LLC ) | CASE NO. 18-01040 |
| ) | JUDGE WALKER |
| DEBTOR ) | |
| ) | |

## PROPOSED ORDER TO SELL PROPERTY

UPON review of the Notice and Motion of the Chapter 7 Trustee for authority to sell property for the benefit of the estate in the above-styled matter, and no objection been filed;

And it appearing to the court that the sale of property will be beneficial to the estate;

It is hereby **ORDERED** that T. Larry Edmondson, Trustee, is authorized to sell 24 Workstations, 15 Chairs, Breakroom Furniture, Conference Room Table with 10 Chairs, 4 Desks, 7 Chairs, 2 Bookcases, and a Table and Chairs, plus an assignment of the lease to DCI.

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:

*/s/ T. Larry Edmondson*
T. Larry Edmondson, No. 5601
800 Broadway, third Floor
Nashville, Tennessee 37203
Phone: 615-254-3765
Fax: 615-254-2072
larryedmondson@live.com