Form clkinq

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
Case No. **3:18−bk−01040**
**Chapter 7**

In re:
   BE BETTER ADVERTISING, LLC
   fdba 121 MARKETING, LLC
   424 MELBA CIRCLE
   Franklin, TN 37064

Social Security No.:

Employer's Tax I.D. No.:
   45−2665411

---

## CLERK'S REMARK

---

Clerk's Remark − The related document has the following defect(s): LBR 9013−1 Hearing on objections is not set on a valid court date.. (RE: related document(s)9 TRUSTEE's Motion and Notice to Sell Property Free and Clear of Liens under Section 363(f) − Property description: furniture and assignment of lease Fee Amount is $181.00. ) (RE: related document(s)9) (glh)

Dated: 4/20/18                                                                                                           MATTHEW T LOUGHNEY
                                                                                                                         Court Clerk