Charles M. Walker
U.S. Bankruptcy Judge
Dated: 5/18/2018



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| BE BETTER ADVERTISING, LLC | ) | CASE NO. 18-01040 |
| | ) | JUDGE WALKER |
| DEBTOR | ) | |
| | ) | |

## ORDER TO SELL PROPERTY

UPON review of the Notice and Motion of the Chapter 7 Trustee for authority to sell property for the benefit of the estate in the above-styled matter, and no objection been filed;

And it appearing to the court that the sale of property will be beneficial to the estate;

It is hereby **ORDERED** that T. Larry Edmondson, Trustee, is authorized to sell 24 Workstations, 15 Chairs, Breakroom Furniture, Conference Room Table with 10 Chairs, 4 Desks, 7 Chairs, 2 Bookcases, and a Table and Chairs, plus an assignment of the lease to DCI.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

*/s/ T. Larry Edmondson*
T. Larry Edmondson, No. 5601
800 Broadway, third Floor
Nashville, Tennessee 37203
Phone: 615-254-3765
Fax: 615-254-2072

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.